IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SURVIVOR PRODUCTIONS, INC., | ) |
| Plaintiff, | ) ) ) Case No.: 15-cv-11248 |
| v. | ) ) ) Judge Matthew F. Kennelly |
| ALEX GRUSHEVSKY, KRIS KIRILOVA and IVAN PJEVCEVIC, | ) ) ) |
| Defendants. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT IVAN PJEVCEVIC

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Survivor Productions, Inc., and Defendant Ivan Pjevcevic (IP address 98.220.233.75, f/k/a Doe No. 29), that all causes of action in the complaint against that Defendant are voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), such a dismissal to automatically become a dismissal with prejudice if no attempt is made to revive the action on or before December 19, 2016. Each party shall bear its own attorney's fees and costs.

Dated: October 18, 2016

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Mark A. Cisek (Bar No. 6242683)
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison Street, Suite 4000
Chicago, Illinois 60606
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
Survivor Productions, Inc.

By: s/
Jeffrey Strange (Bar No. 3122923)
Jeffrey Strange & Associates
717 Ridge Road
Wilmette, IL 60091
(847) 256-7377 Telephone
bowl1901@aol.com

Attorneys for Defendant
Ivan Pjevcevic

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Stipulation of Voluntary Dismissal of Defendant Ivan Pjevcevic was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on October 18, 2016.

s/Michael A. Hierl